

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Timothy Jay Houseal**
P 302.571.6682
F 302.576.3300
thouseal@ycst.com

October 25, 2024

<u>CM/ECF</u>

The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

      Re: *Al Udeid Marine, Inc. v. Continental Shipping Agency Inc.*
        No. 1:23-cv-01380-JLH

Dear Judge Hall,

  We submit this Status Report following our September 20, 2024 Report (D.I. 22).

  Since our prior Report, there have been continued settlement discussions; our client, Al Udeid Marine, Inc. ("Al Udeid"), is still not optimistic that they will have any result but desires to continue them further.

  Al Udeid will, however, if settlement discussions do not advance, move with affidavit support for default judgment and will either do that, or report further to the Court on any resumed settlement progress. Thus, Al Udeid respectfully requests that this Court set a further report date for on or after Friday, November 29, 2024.

            Respectfully submitted,

            */s/ Timothy Jay Houseal*

            Timothy Jay Houseal
            (DE ID #2880)

cc: J. Stephen Simms, Esq. (By CM/ECF)

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600   F  302.571.1253   YoungConaway.com